# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

THOMAS D. LANE,                                                                                       PLAINTIFF
ADC #160327

V.                                        4:16CV00625-SWW-JTK

SCOTT HUFFMAN                                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 29th day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1